```
                 UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF MISSISSIPPI
                       NORTHERN DIVISION
```

EVITTA MONIQUE WRIGHT                                      PLAINTIFF

VS.                             CIVIL ACTION NO. 3:23-cv-03044-TSL-BWR

COMMISSIONER OF SOCIAL
SECURITY, KILOLO KIHAKAZI,
ACTING COMMISSIONER                                        DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on to be heard upon the report and recommendation of United States Magistrate Judge Bradley W. Rath, and the court, having fully reviewed the December 9, 2024 report and recommendation, and being duly advised in the premises and there being no objection filed by plaintiff, finds the report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the December 9, 2024 report and recommendation of the magistrate judge be, and the same is hereby adopted as the opinion of this court and therefore, plaintiff's appeal is dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 30th day of December, 2024.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE